DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED

JAN 13 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
HELEN R GARZA

Chapter 13
Case No. 08-1-0326 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $36.50 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 055 | T MOBILE USA INC<br>P O BOX 53410<br>BELLEVUE, WA 98015 | $36.50 |

Dated:  January 12, 2011

CECILIA MARCELO
Receipts Administrator